July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.W.G. JR., A CHILD

NO. 14-16-00071-CV

_____

This cause, an appeal from a judgment terminating parental rights signed January 7, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.